(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

FILED BY _____ D.C.

DEC 28 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

__Tavares Antonio Turner__
(Enter the full name of the plaintiff in this action)

v.

__Marshall Combs__
__Larence Americain__
__Rick Bradshaw__
__PBSO (Palm Beach County Sheriff Office)__

(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I. Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: Tavares Antonio Turner

Inmate #: 036967H

Address: West Detention Center
P.O. Box 1450 Belle Glade, FL 33430

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: Marshall Combs

is employed as Deputy Sheriff

at Palm Beach County Sheriff Office

C. Additional Defendants: Larence Americain, Rick Bradshaw, Palm Beach County Sheriff Office

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____

_____

_____

_____

II.  **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

On Aug 29, 2022 I approached Deputy Combs D/S# 39616 & Deputy Americain D/S# 39614 at their station desk to declare a psychological emergency because I suffered from suicidal/homicidal thoughts. Both officers refused to call the signal according to protocal, denying me immediate help. Mr. Combs made fun of the situation down playing my need. I went to my room to file a formal complaint/grievance also to fill out a sick call to mental health. Deputy Combs suddenly entered the room in a threateningly manner, aggressively stating "You fucked up stupid nigger". He proceeded to verbally & physically assault me, by grabbing

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

me by the shirt & punched me several times to the face before I defended myself. Rick Bradshaw & PBSO have multiple incidents of Inmate abuse by its deputies & they rarely discipline their officers In a way that would stop the abuse.

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

I would like monetary compensation from all parties involved. As well as proper training to deputies on how to address & handle psychological emergency situations. Also disciplinary actions against all officers who use excessive force. The immediate dismissal of criminal charges that resulted from this incident.

### IV. Jury Demand

Do you demand a jury trial? ☑ Yes ☐ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this __11th__ day of __December__, 20__23__

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: __12/11/23__

_____
(Signature of Plaintiff)

Turner, Tavares #039671
West County Detention Center
P.O. Box 1450
Belle Glade, FL 33430

FIRST-CLASS

INMATE INSPECTED

Clerk's Office
Southern
400 North